UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSHUA OTERO,

                             **Plaintiff,**                        **19-CV-6179 (VF)**

       -against-                                            **ORDER**

LONG ISLAND RAILROAD COMPANY,

                             **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    On April 18, 2022, this case was reassigned to me from United States Magistrate Judge Debra C. Freeman, to conduct all proceedings in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. The parties are ordered to file a joint status letter no later than **May 3, 2022**, providing the Court with an update on the status of the case.

**SO ORDERED.**

DATED:    New York, New York
               April 26, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge