UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSHUA OTERO,

                         Plaintiff,

      -against-

LONG ISLAND RAIL ROAD COMPANY,

                         Defendant.

-------------------------------------------------------------------X

19-CV-6179 (VF)

**ORDER SCHEDULING
PRE-TRIAL CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephonic pre-trial conference is hereby scheduled for **Friday, September 16, 2022 at 10 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

**SO ORDERED.**

DATED:    New York, New York
              August 10, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge