UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JOSHUA OTERO,

                              Plaintiff,

           -against-

LONG ISLAND RAIL ROAD COMPANY,

                              Defendant.

---------------------------------------------------------------X

19-CV-6179 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      At the May 17, 2022 conference, the parties were directed to file a Joint Pretrial Order thirty days in advance of trial, scheduled to begin on October 4, 2022. As that deadline (September 5, 2022) has passed, and because the pretrial conference is scheduled for Friday, September 16, 2022 at 10:00 a.m., counsel for the parties are directed to submit the Joint Pretrial Order by no later than **Thursday, September 15, 2022 at 12:00 p.m.** so that the Court may have time to review the Order in advance of the conference. The Joint Pretrial Order should include all information and materials contained in this Court's Individual Practices in Civil Cases, Sections IV(c), (e) (see pp. 6-8). The Individual Practices can be located at https://nysd.uscourts.gov/hon-valerie-figueredo.

**SO ORDERED.**

DATED:    New York, New York
               September 13, 2022

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge